# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

KIM L. MINOR, )
 )
       Plaintiff, )
 )
v. ) Case No. 18-CV-418-FHM
 )
ANDREW M. SAUL, )
Commissioner of the Social )
Security Administration, )
 )
       Defendant. )

## **OPINION AND ORDER**

Before the court is the Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and brief in support. [Dkts. 19 and 20]. The Commissioner did not file a Response to Plaintiff's motion and time to do so has expired.

The court finds that the amount of the fee request is reasonable. Based on that finding and the absence of any objection to the amount of the fee request, the undersigned finds that Plaintiff should be awarded EAJA fees in the amount of $5,758.65. Pursuant to the Commissioner's usual practice, the check should be made payable to Plaintiff and mailed to counsel's address. If Plaintiff's attorney receives the fees awarded herein and attorney fees are also awarded and received by counsel under 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

The Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, [Dkt. 19], is GRANTED as provided herein.

SO ORDERED this 31st day of October, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE