**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

KIM L. MINOR,

            Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security
Administration,

            Defendant.

Case No. 18-CV-418-FHM

## OPINION AND ORDER

Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, [Dkt. 19], is before the court for decision.

The Tenth Circuit reversed the decision of this court and affirmed the administrative decision denying benefits. [Dkt. 33, 34] Accordingly, Plaintiff is not the prevailing party in this case and is not entitled to an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 USC § 2412(d). Therefore, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, [Dkt. 19], is DENIED.

SO ORDERED this 17th day of August, 2020.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE